1  Robert B. Jobe (Cal. State Bar #133089)
   Katherine M. Lewis (Cal. State Bar #247258)
2  LAW OFFICE OF ROBERT B. JOBE
   550 Kearny Street, Suite 200
3  San Francisco, CA 94108
   Tel: (415) 956-5513
4  Fax: (415) 840-0308

5  Attorneys for Plaintiff.

E-filing

6

7            UNITED STATES DISTRICT COURT FOR THE

8               NORTHERN DISTRICT OF CALIFORNIA

9                                                     **SC**

10 KULDIP SINGH SOHAL,              )
                                    )     No.
11        Plaintiff,                )
                                    )     **CV   08    2922**
12        v.                        )
                                    )
13 CHRISTINA POULOS, DIRECTOR, U.S. )   COMPLAINT FOR RELIEF
   CITIZENSHIP AND IMMIGRATION SERVICES,)  UNDER THE ADMINISTRATIVE
14 CALIFORNIA SERVICE CENTER; EMILIO T. )  PROCEDURE ACT
   GONZALEZ, DIRECTOR, U.S. CITIZENSHIP )
15 AND IMMIGRATION SERVICES; U.S.   )
   CITIZENSHIP AND IMMIGRATION SERVICES;)
16 MICHAEL CHERTOFF, DEPARTMENT OF  )
   HOMELAND SECURITY; DEPARTMENT OF )
17 HOMELAND SECURITY; MICHAEL B.    )
   MUKASEY, U.S. ATTORNEY GENERAL,  )
18                                  )
          Defendants.               )
19 ─────────────────────────────────)

20                      **COMPLAINT**

21        By and through his undersigned attorney, plaintiff, KULDIP SINGH SOHAL ("Mr.

22 Sohal"), as and for his complaint, alleges as follows:

23                **PRELIMINARY STATEMENT**

24        1.     Mr. Sohal is a U.S. citizen who filed petitions with the U.S. Citizenship and

25 Immigration Services ("USCIS," formerly the Immigration and Naturalization Service)[1] for

26    ────────────────────

27    [1] Pursuant to the *Department of Homeland Security Reorganization Plan, Homeland
      Security Act of 2002*, Pub. L. No. 107-296, 116 Stat. 2135 (2002), 6 U.S.C. §§ 101-557, as of

28 Plaintiff's Complaint

immigrant visas on behalf of his two sisters, Balwinder Kaur and Jaswant Kaur, and his brother, Dilraj Singh. Although Mr. Sohal provided USCIS with his correct mailing address, Mr. Sohal never received a Request for Evidence ("RFE") or a Notice of Intent to Deny ("NOID") or a notice of denial from USCIS. Only after calling USCIS to inquire about his petitions did Mr. Sohal learn that his I-130 petitions had been denied and that the decisions had been sent to an incorrect address. Because any RFE or NOID USCIS may have issued were also sent to an incorrect address, Mr. Sohal did not have an opportunity to provide any evidence that may have been requested therein. By way of this complaint, therefore, Mr. Sohal challenges the denial of the petitions he filed on behalf of his three siblings.

## JURISDICTION

2.    Jurisdiction over the subject matter of this civil action is conferred on this Court by 28 U.S.C. § 1331, as a civil action arising under the Constitution, laws, or treaties of the United States; 5 U.S.C. § 702, as a challenge to agency action under the Administrative Procedure Act ("APA"); and 28 U.S.C. §§ 2201 and 2202, as a civil action seeking, in addition to other remedies, a declaratory judgment.

## VENUE

3.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(e), because Mr. Sohal resides in this district and no real property is involved in this action. *See Stafford v. Briggs,* 444 U.S. 527, 544 (1980).

## STANDING

4.    The APA affords a right of review to a person who is "adversely affected or aggrieved by agency action." 5 U.S.C. § 702. Without question, Mr. Sohal has been "adversely affected" by defendants' arbitrary denial of his I-130 petitions.

//

//

---

March 1, 2003, the INS was abolished and its functions were transferred to the U.S. Citizenship and Immigration Services ("USCIS") within the Department of Homeland Security ("DHS").

**PLAINTIFF**

5.      Mr. Sohal is a U.S. citizen who resides at 31388 San Ardo Ct., Union City, California 94587. In October 2002, Mr. Sohal filed visa petitions (Form I-130) with the USCIS California Service Center ("CSC") on behalf of his two sisters, Balwinder Kaur and Jaswant Kaur, and his brother, Dilraj Singh. Although Mr. Sohal has never moved from his residence at 31388 San Ardo Ct., Union City, California 94587, he never received an RFE, NOID, or denial notice. Only after Mr. Sohal called USCIS and inquired about the petitions he had filed did USCIS send a notice of the denial of those petitions to Mr. Sohal. Even that notice, however, was mailed to an incorrect address; i.e. an address that included an incorrect city and zip code. The letter also included a stamp indicating the letter was "RE-MAILED." Because any RFE or NOID that USCIS may have issued with respect to Mr. Sohal's petitions were mailed to an incorrect address, Mr. Sohal never had an opportunity to submit the evidence requested therein. By way of this complaint, therefore, Mr. Sohal challenges the denial of those petitions.

**DEFENDANTS**

6.      Christina Poulos is the Director of the California Service Center ("CSC") and, as such, is delegated the legal authority to adjudicate petitions and applications filed by individuals residing within the Service's jurisdiction. Defendant Poulos is sued herein in her official capacity.

7.      Emilio T. Gonzalez is the Director of the USCIS and, as such, has been delegated the authority to direct the administration of the USCIS, and to enforce the INA and all other laws relating to the immigration and naturalization of non-citizens. Defendant Gonzalez is sued herein in his official capacity.

8.      The United States Citizenship and Immigration Services is the federal agency within the Department of Homeland Security ("DHS") that is responsible for the administration and enforcement of the Immigration and Nationality Act ("INA") and all other laws relating to the immigration and naturalization of non-citizens.

9.      Michael Chertoff is the Secretary of the Department of Homeland Security, the executive department which contains the USCIS, and is sued herein in his official capacity. Defendant Chertoff is charged with the administration and enforcement of the Immigration and

1  Nationality Act pursuant to INA § 103(a), 8 U.S.C. § 1103(a).

2      10.    The Department of Homeland Security is the federal agency encompassing the

3  USCIS, which is responsible for the administration and enforcement of the INA and all other laws

4  relating to the immigration and naturalization of non-citizens.

5      11.    Michael B. Mukasey, is sued in his official capacity as the Attorney General of the

6  United States. Defendant Mukasey retains certain responsibilities for administration and

7  enforcement of the immigration laws pursuant to 8 U.S.C. § 1103.

8                                      **FACTS**

9      12.    Immigrating from abroad is a two step process which involves (1) approval of a

10  Petition for Alien Relative (Form I-130) filed by a U.S. citizen or lawful permanent resident

11  petitioner, and (2) the beneficiary's application for immigrant visa processing at a U.S. consulate

12  once a visa number is available. Under the "preference system," the number of people who can

13  immigrate each year is limited, and dependent upon (i) the relationship between the petitioner and

14  beneficiary, and (2) the country in which the beneficiary was born. The date the visa petition

15  (Form I-130) is filed with the USCIS becomes, upon approval of the I-130, the beneficiary's

16  "priority date" in the preference system, i.e. the beneficiary's place in line for a visa. 22 C.F.R. §

17  42.43(a); 8 C.F.R. § 204.1(d). Siblings of U.S. citizens are in the fourth preference category, and

18  generally have a lengthy wait for a visa number. *See*

19  http://travel.state.gov/visa/frvi/bulletin/bulletin_4231.html (Visa Bulletin for June 2008, indicating

20  that visa numbers are currently available for fourth preference immigrants from India with a

21  priority date on or before February 1, 1997).

22      13.    To initiate this immigration process, a U.S. citizen or lawful permanent resident

23  petitioner submits the Form I-130 and required documentation to USCIS. 8 C.F.R. §

24  103.2(b)(1). If USCIS requires additional evidence to establish eligibility for a petition, USCIS

25  "may: deny the application or petition for ineligibility; request more information or evidence from

26  the applicant or petitioner, to be submitted within a specified period of time as determined by

27  USCIS; or notify the applicant or petitioner of its intent to deny the application or petition and the

28  basis for the proposed denial, and require that the applicant or petitioner submit a response within

a specified period of time as determined by USCIS." 8 C.F.R. § 103.2(b)(8)(iii). "A request for evidence or notice of intent to deny will be in writing and will specify the type of evidence required, and whether initial evidence or additional evidence is required, or the bases for the proposed denial sufficient to give the applicant or petitioner adequate notice and sufficient information to respond." 8 C.F.R. § 103.2(b)(8)(iv). If a petitioner "fails to respond to a request for evidence or to a notice of intent to deny by the required date, the application or petition may be summarily denied as abandoned, denied based on the record, or denied for both reasons." 8 C.F.R. § 103.2(b)(13).

14.    In October 2002, Mr. Sohal, a U.S. citizen who was living at "31388 San Ardo Ct., Union City, California 94587," filed I-130 visa petitions with the USCIS California Service Center ("CSC") on behalf of his two sisters, Balwinder Kaur and Jaswant Kaur and his brother, Dilraj Singh. The CSC received the petitions for Jaswant Kaur[2] and Dilraj Singh[3] on October 23, 2002 and the next day mailed Receipt Notices to Mr. Sohal's proper address. *See* Att. A (*I-130 Receipt Notices*). The CSC received the petition for Balwinder Kaur[4] on October 24, 2002 and four days later mailed a Receipt Notice to Mr. Sohal's proper address. *See id.*

15.    Mr. Sohal continues to reside at "31388 San Ardo Ct., Union City, California 94587." Mr. Sohal has never received an RFE or NOID regarding any of the I-130 petitions he had filed. *See* Att. B (*Declaration of Kuldip Singh Sohal*).

16.    On or about September 19, 2007, Mr. Sohal made a telephone inquiry to USCIS regarding the I-130 petitions he had filed. *See* Att. B (*Declaration of Kuldip Singh Sohal*); Att. C (*USCIS Letters Dated Sept. 25, 2007*). On or about October 1, 2007, Mr. Sohal made another telephone inquiry to USCIS regarding the I-130 petitions he had filed. *See* Att. B (*Declaration of Kuldip Singh Sohal*); Att. D (*USCIS Letter Dated Oct. 18, 2007*).

17.    USCIS sent two letters, dated September 25, 2007, regarding the September 19,

[2] WAC-03-018-51395

[3] WAC-03-018-51377

[4] WAC-03-021-51852

1   2007 phone inquiry, one listing the receipt number for Jaswant Kaur and the other listing the

2   receipt number for Dilraj Singh. *See* Att. C (*USCIS Letters Dated Sept. 25, 2007*). Both letters

3   listed Mr. Sohal's address as "31388 San Ardo Ct., **Vineburg**, CA **95487**." *Id.* (emphasis

4   added). One of the letters included Mr. Sohal's correct address, "31388 San Ardo Ct., **Union**

5   **City**, California **94587**," handwritten next to the incorrect address. *Id.* (emphasis added).

6   Stamped at the top of each letter in red is the phrase "RE-MAILED." *Id.* Both of these letters

7   indicated that the I-130 petitions had been denied and "notice was mailed on December 23,

8   2005." *Id.* With regard to the October 1, 2007 phone inquiry, USCIS sent a letter, dated

9   October 18, 2007, listing Mr. Sohal's proper address, "31388 San Ardo Ct., Union City,

10   California 94587." Att. D (*USCIS Letter Dated Oct. 18, 2007*). The letter also indicated that the

11   I-130 petition filed on behalf of Balwinder Kaur had been "denied on January 14, 2006 and notice

12   was mailed to the address of record." *Id.*

13         18.    On October 29, 2007, USCIS sent two letters to Mr. Sohal to "31388 San Ardo

14   Ct., Union City, California 94587," his correct address, with the subject line "Recent Change of

15   Address," stating that the CSC had "received a change of address request for the above reference

16   receipt notice," and listed the receipt numbers that correspond to the I-130 petitions filed by Mr.

17   Sohal on behalf of Jaswant Kaur and Dilraj Singh. *See* Att. E (*USCIS Letters Dated Oct. 29,*

18   *2007*).

19         19.    Mr. Sohal's I-130 visa petitions were filed more than five years ago. However,

20   Mr. Sohal has never received an RFE or NOID from USCIS. *See* Att. B (*Declaration of Kuldip*

21   *Singh Sohal*). In fact, only after making a phone inquiry to USCIS in September 2007, did Mr.

22   Sohal get letters from USCIS indicating that his petitions had previously been denied. *Id.* Even

23   those letters, however, were mailed to an incorrect address that included the wrong city and

24   wrong zip code and had to be re-mailed to Mr. Sohal, and thus are compelling evidence that

25   USCIS had the wrong address on file for Mr. Sohal, despite the fact that he provided the proper

26   zip code initially and has never moved. *See* Att. C (*USCIS Letters Dated Sept. 25, 2007*).

27   Because any RFE or NOID that USCIS may have issued were sent to an incorrect address, Mr.

28   Sohal did not have an opportunity to submit additional evidence pursuant to 8 C.F.R. §

1    103.2(b)(8)(iv).  Mr. Sohal has no way to appeal USCIS's denial of the I-130 petitions he had

2    filed.

3        20.    Due to the extremely long waiting period for visa petitions filed on behalf of

4    siblings, any new visa petition filed by Mr. Sohal will lose all of the previously accrued waiting

5    time and start from step one, thus delaying the ability of Mr. Sohal's family to immigrate to this

6    country by many years.

7                        **FIRST CAUSE OF ACTION**

8            **(Violation of the Administrative Procedure Act, 5 U.S.C. § 706)**

9        21.    Plaintiff repeats, alleges, and incorporates paragraphs 1 through 20 above as if

10   fully set forth herein.

11       22.    Plaintiff is a person aggrieved by agency action under the Administrative Procedure

12   Act, 5 U.S.C. §§ 701 et. seq., for the reasons set forth below.

13       23.    Defendants acted arbitrarily, capriciously and contrary to law in violation of the

14   Administrative Procedure Act by failing to send an RFE or NOID related to the I-130 visa

15   petitions Mr. Sohal had filed to his correct address, such that he was never provided with an

16   opportunity to submit any additional evidence as required by to 8 C.F.R. § 103.2(b)(8)(iv).

17                          **PRAYER FOR RELIEF**

18       WHEREFORE, Plaintiff prays that this Court:

19       (1)    Accept jurisdiction over this action;

20       (2)    Declare Defendants' denial of Mr. Sohal's I-130 visa petitions to be violation of

21   the Administrative Procedure Act;

22       (3)    Order the Defendants to immediately reopen Mr. Sohal's I-130 visa petitions and

23   re-issue its RFE or NOID in order to allow him an opportunity to respond;

24       (4)    Grant attorney's fees and costs of court under 28 U.S.C. § 2412, 28 U.S.C. §

25   1920, Fed. R. Civ. P. 54(d), and other authority; and

26       (5)    Grant such other and further relief as this Court deems just and proper under the

27   circumstances.

28

Plaintiff's Complaint                    7

1    DATED: June 6, 2008                              Respectfully submitted,

2

3

4                                                      Robert B. Jobe, Esq.
5                                                      Katherine M. Lewis, Esq.
                                                       LAW OFFICE OF ROBERT JOBE
6                                                      550 Kearny, Suite 200
                                                       San Francisco, CA 94108
7                                                      (415) 956-5513
                                                       (415) 840-0308
8
                                                       Attorneys for Plaintiff.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Plaintiff's Complaint                    8

# ATTACHMENT

# A

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

### THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-03-021-51852 | CASE TYPE I130 IMMIGRANT PETITION FOR RELATIVE, FIANCE(E), OR ORPHAN |
|---|---|
| RECEIVED DATE October 24, 2002 | PRIORITY DATE | PETITIONER A90 539 472 SOHAL, KULDIP S. |
| NOTICE DATE October 28, 2002 | PAGE 1 of 1 | BENEFICIARY KAUR, BALWINDER |

KULDIP S. SOHAL
31388 SAN ARDO COURT
UNION CITY CA 94587

Notice Type:  Receipt Notice

Amount received: $  130.00

Section: Sister or brother of U.S.
Citizen, 203(a)(4) INA

The above application or petition has been received. It usually takes 815 to 825 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit the INS at **www.ins.usdoj.gov**.  Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits.  At present, this site does not provide case status information.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:  (949) 831 8427**



Form I-797 (Rev. 09/07/93)N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE | I130 | IMMIGRANT PETITION FOR RELATIVE, |
|---|---|---|---|---|
| WAC-03-018-51395 | | | FIANCE (E), OR ORPHAN | |
| RECEIVED DATE | PRIORITY DATE | PETITIONER | A90 539 472 | |
| October 23, 2002 | | SOHAL, KULDIP S. | | |
| NOTICE DATE | PAGE | BENEFICIARY | | |
| October 24, 2002 | 1 of 1 | KAUR, JASWANT | | |

KULDIP S. SOHAL
31388 SAN ARDO COURT
UNION CITY CA 94587

**Notice Type:** Receipt Notice

Amount received: $ 130.00

Section: Sister or brother of U.S.
          Citizen, 203(a)(4) INA

The above application or petition has been received. It usually takes 815 to 825 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427



Form I-797C (Rev. 09/07/93)N

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I130   IMMIGRANT PETITION FOR RELATIVE, |
|---|---|---|
| WAC-03-018-51377 | | FIANCE(E), OR ORPHAN |
| RECEIVED DATE | PRIORITY DATE | PETITIONER A90 539 472 |
| October 23, 2002 | | SOHAL, KULDIP S. |
| NOTICE DATE | PAGE | BENEFICIARY |
| October 24, 2002 | 1 of 1 | SINGH, DILRAJ |

KULDIP S. SOHAL
31388 SAN ARDO COURT
UNION CITY CA 94587

Notice Type:  Receipt Notice

Amount received: $  130.00

Section: Sister or brother of U.S.
Citizen, 203(a)(4) INA

The above application or petition has been received. It generally takes 825 to 825 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (949) 831 8427 to obtain case status information directly from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (949) 831 8427



Form I-797C (Rev. 09/07/93)N

# ATTACHMENT

# B

**Declaration of Kuldip Singh Sohal**

I, Kuldip Singh Sohal, declare the following:

1.  I am a native of India and a naturalized United States citizen. I have lived at "31388 San Ardo Ct, Union City, California 94587" from about 1999 and continue to reside there.

2.  In October 2002, while I was living at "31388 San Ardo Ct, Union City, California 94587," I filed I-130 visa petitions with the USCIS California Service Center ("CSC") on behalf of my two sisters, Balwinder Kaur, Jaswant Kaur and my brother, Dilraj Singh. The CSC received the petitions for Jaswant Kaur (Receipt Number WAC-03-018-51395) and Dilraj Singh (Receipt Number WAC-03-018-51377) on October 23, 2002 and the next day mailed me Receipt Notices listing my proper address. The CSC received the petition for Balwinder Kaur (Receipt Number WAC-03-021-51852) on October 24, 2002 and four days later mailed me a Receipt Notice to his proper address.

3.  I have never received a Requests for Evidence ("RFE"), a Notice of Intent to Deny ("NOID") or denial letter regarding any of the I-130 petitions I filed on behalf of my siblings.

4.  Concerned that I had received no information about the I-130 petitions I filed, on or about September 19, 2007, I made a telephone inquiry to USCIS regarding the I-130 petitions I had filed. I made another telephone inquiry on or about October 1, 2007 regarding the status of the I-130 petitions.

5.  I received two letters regarding my first phone inquiry, each dated September 25, 2007. In those letters, USCIS incorrectly listed my address as "31388 San Ardo Ct, Vineburg, CA 95487," including the wrong city and wrong zip code. Stamped at the top of each letter in red is the phrase "RE-MAILED." On one of the letters, my correct address is hand written next to the incorrect address. These letters indicated that the I-130 petitions I filed on behalf of Jaswant Kaur and Dilraj Singh had been denied and that "notice was mailed on December 23, 2005."

6.  Regarding my October 1, 2007 phone inquiry, I received a letter from USCIS dated October 18, 2007, listing my proper address, "31388 San Ardo Ct, Union City, California 94587." The letter indicated that the I-130 petition filed on behalf of on Balwinder Kaur had been "denied on January 14, 2006 and notice was mailed to the address of record."

7.  On October 29, 2007, USCIS sent me two letters to "31388 San Ardo Ct, Union City, California 94587," my correct address, with the subject line "Recent Change of Address," stating that the CSC had "received a change of address request for the above reference receipt notice," and listed the receipt numbers that correspond to the I-130 petitions I filed on behalf of Jaswant Kaur and Dilraj Singh.

8.  Since USCIS clearly has an incorrect zip code and city on file for me, I believe they may have sent any RFE or NOID to the wrong address. I do not want to file new I-130

petitions because then my siblings will lose all of the previously accrued waiting time and the wait time for such visas is very long.

I, Kuldip Singh Sohal, declare under penalty of perjury that the foregoing is true and correct.

_Kuldip Singh Sohal_
Kuldip Singh Sohal

# ATTACHMENT

# C

RE-MAILED

**U.S. Department of Homeland Security**
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Tuesday, September 25, 2007

KULDIP SOHAL
31388 SAN ARDO CT
VINEBURG CA 95487

*[handwritten:]* KULDIP SINGH SOHAL
31388 SAN ARDO CT
UNION CITY CA 94587

Dear Kuldip Sohal:

On 09/19/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 10/23/2002 |
| **Receipt #:** | WAC-03-018-51395 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-Delivery of RFE Notice |

The status of this service request is:

Service records show that the referenced petition was denied and notice was mailed on December 23, 2005. If you wish to get a copy of the denial notice, you may file form G-639, Freedom of Information Act Request, with the California Service Center, FOIA Unit, P. O. Box 30111, Laguna Niguel, CA 92607-0111.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

RE-MAILED

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



U.S. Citizenship
and Immigration
Services

Tuesday, September 25, 2007

KULDIP SOHAL
31388 SAN ARDO CT
VINEBURG CA 95487

Dear Kuldip Sohal:

On 09/19/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 10/23/2002 |
| **Receipt #:** | WAC-03-018-51377 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-Delivery of RFE Notice |

The status of this service request is:

Service records show that the referenced petition was denied and notice was mailed on December 23, 2005. If you wish to get a copy of the denial notice, you may file form G-639, Freedom of Information Act Request, with the California Service Center, FOIA Unit, P. O. Box 30111, Laguna Niguel, CA 92607-0111.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# ATTACHMENT

# D

U.S. Department of Homeland Security
California Service Center
P.O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Thursday, October 18, 2007

KULDIP SOHAL
31388 SAN ARDO CT.
UNION CITY CA 94587

Dear Kuldip Sohal:

On 10/01/2007 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | Applicant or Petitioner |
| **Attorney Name:** | Information not available |
| **Case type:** | I130 |
| **Filing date:** | 10/24/2002 |
| **Receipt #:** | WAC-03-021-51852 |
| **Beneficiary (if you filed for someone else):** | Information not available |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Non-Delivery of RFE Notice |

The status of this service request is:

The I-130 petition was denied on January 14, 2006 and notice was mailed to the address of record. As the petition is no longer located within our office, if you would like to receive a copy of the denial notice, you may file a request under the freedom of information act (FOIA) by filing Form G-639 with the following office:

National Records Center - FOIA Division
P.O. Box 648010
Lees Summit, MO 64064-8010

You may download the form at: ttp://onlineplus.uscis.dhs.gov/graphics/aboutus/foia/request.htm

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# ATTACHMENT

# E

U.S. Department of Homeland Security
P. O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship and Immigration Services**

Date:     OCT 2 9 2007

KULDIP SOHAL
31388 SAN ARDO COURT
UNION CITY CA 94587

Receipt or A File:
Number:    WAC - 03 - 018 - 51377

Subject:    Recent Change of Address

Dear Addressee:

The California Service Center has received a change **of address** request for the above referenced receipt notice number or "A" file number. Please note that the request for the new address change has been updated for the receipt number or "A" file number listed above.

In order to complete the processing of this address change with the US Citizenship and Immigration Services, Department of Homeland Security (DHS); you must also complete an AR-11 form and mail it to the address below:

    Department of Homeland Security
    Change of Address
    P.O. Box 7134
    London, KY 40742-7134

Every person over the age of 14 who is not a citizen of the United States or in "A" or "G" nonimmigrant status must complete a Form AR-11 within 10 days of the address change. Where possible, please provide an A-number (from your alien registration card or "green card".) or other identifying numbers. *Failure to complete all applicable sections may delay the processing of the form.*

Please disregard this notice if you have already submitted an AR-11 form to DHS/USCIS with your current address. You may obtain additional copies of the AR-11 form on our web site at http://www.uscis.gov or by contacting our National Customer Service Center at (800) 375-5283. Thank you.

Sincerely,

California Service Center
U.S. Citizenship and Immigration Services

A:_____

ID: 3/00537

COA COVERLTR Revised 6/16/04                                      www.uscis.gov

U.S. Department of Homeland Security
P. O. Box 30111
Laguna Niguel, CA 92607-0111



**U.S. Citizenship
and Immigration
Services**

Date:        OCT 2 9 2007

KULDIP S SOHAL
31388 SAN ARDO COURT
UNION CITY CA 94587

Receipt or A File:
Number:    WAC-03-018-51395

Subject:    Recent Change of Address

Dear Addressee:

The California Service Center has received a change **of address** request for the above referenced receipt notice number or "A" file number.  Please note that the request for the new address change has been updated for the receipt number or "A" file number listed above.

In order to complete the processing of this address change with the US Citizenship and Immigration Services, Department of Homeland Security (DHS); you must also complete an AR-11 form and mail it to the address below:

Department of Homeland Security
Change of Address
P.O. Box 7134
London, KY 40742-7134

Every person over the age of 14 who is not a citizen of the United States or in "A" or "G" nonimmigrant status must complete a Form AR-11 within 10 days of the address change.  Where possible, please provide an A-number (from your alien registration card or "green card".) or other identifying numbers.  ***Failure to complete all applicable sections may delay the processing of the form***.

Please disregard this notice if you have already submitted an AR-11 form to DHS/USCIS with your current address. You may obtain additional copies of the AR-11 form on our web site at http://www.uscis.gov or by contacting our National Customer Service Center at (800) 375-5283.  Thank you.

Sincerely,

California Service Center
U.S. Citizenship and Immigration Services

A:_____

ID:_3/00537_

COA COVERLTR Revised: 6/16/04                                    www.uscis.gov