JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KULDIP SINGH SOHAL, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTINA POULOS, Director, U.S. Citizenship and Immigration Services; et al., <br><br> Defendants. | No. C 08-2922 SC <br><br> **JOINT MOTION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiff filed this action on or about June 12, 2008. Defendants' response is due on August 19, 2008.

    2. Pursuant to this Court's June 12, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on September 12, 2008, and attend a case management conference on September 19, 2008.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby

---

[1] Defendants enter their appearance here for the sole purpose of this joint motion, and reserve the right to raise all appropriate defenses in their responsive pleading.

JOINT MOTION
No. C 08-2922 SC

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 18, 2008 |
| Last day to file Joint ADR Certification: | September 25, 2008 |
| Last day to file/serve Joint Case Management Statement: | November 7, 2008 |
| Case Management Conference: | November 14, 2008, at 10:00 a.m. |

Dated: August 15, 2008                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney


_____/s/_____
MELANIE L. PROCTOR[2]
Assistant United States Attorney
Attorneys for Defendants


Dated: August 15, 2008                                    _____/s/_____
ROBERT B. JOBE
Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:    8/19/08

_____
SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
No. C 08-2922 SC                                    2