1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                  UNITED STATES DISTRICT COURT
9
               NORTHERN DISTRICT OF CALIFORNIA
10
                   SAN FRANCISCO DIVISION
11

12 KULDIP SINGH SOHAL,                  )   No. C 08-2922 SC
                                        )
13                      Plaintiff,      )
                                        )   **STIPULATION TO CONTINUE MOTION**
14      v.                              )   **HEARING AND CMC**
                                        )
15 CHRISTINA POULOS, Director, U.S.     )
   Citizenship and Immigration Services; et al., )
16                                      )
                        Defendants.     )
17 _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION
No. C 08-2922 SC

On September 25, 2008, Defendants moved for summary judgment, and noticed November 14, 2008 for the hearing date. On Friday, October 17, 2008, twenty-eight days from the date of the hearing, Plaintiff cross-moved for summary judgment, also noticed for November 14, 2008. Defendants' counsel is traveling out of town this week, and is unable to draft the opposition and reply brief in order to timely file an opposition to this cross motion, due twenty-one days prior to the hearing. Accordingly, the parties hereby stipulate to move both the hearing on the cross motions and the case management conference to December 12, 2008, at 10:00 a.m., in Courtroom One.

Dated: October 20, 2008                Respectfully submitted,

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney


                                        _____/s/_____
                                        MELANIE L. PROCTOR[1]
                                        Assistant United States Attorney
                                        Attorneys for Defendants


Dated: October 20, 2008                _____/s/_____
                                        KATHERINE M. LEWIS
                                        Attorney for Plaintiff


## ORDER

Pursuant to stipulation, IT IS SO ORDERED. The hearing on the parties' cross motions for summary judgment and the Case Management Conference shall be held on December 12, 2008, at 10:00 a.m., in Courtroom One.

Date:    10/20/08

_____
SAMUEL CONTI
United States District Judge

IT IS SO ORDERED
Judge Samuel Conti

---

[1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION
No. C 08-2922 SC                2