1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11

12 KULDIP SINGH SOHAL,                )   No. C 08-2922 SC
                                      )
13                 Plaintiff,         )
                                      )   **STIPULATION TO DISMISS;**
14         v.                         )   ~~PROPOSED~~ **ORDER**
                                      )
15 CHRISTINA POULOS, Director, U.S.   )
   Citizenship and Immigration Services; et al., )
16                                    )
                   Defendants.        )
17                                    )

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
No. C 08-2922 SC

Plaintiff, by and through his attorneys, and Defendants, by and through their attorneys, hereby stipulate to dismiss the above captioned matter, without prejudice. The parties shall bear their own costs and fees.

Dated: December 1, 2008                    Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                             _____/s/_____
                                             MELANIE L. PROCTOR[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants


Dated: December 1, 2008                    _____/s/_____
                                             ROBERT B. JOBE
                                             KATHERINE M. LEWIS
                                             Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. All pending motions are hereby TERMINATED. The hearing and the case management conference, both scheduled for December 12, 2008, are hereby VACATED. The Clerk shall close the file.

Date:   12/2/08                    _____
                                             SAMUEL CONTI
                                             United States District Judge

_IT IS SO ORDERED_
_Judge Samuel Conti_

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
No. C 08-2922 SC                    2